**Order entered July 30, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00654-CV

**JEFFREY ERDNER, D.O., ET AL., Appellants**

**V.**

**HIGHLAND PARK EMERGENCY CENTER, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01059**

## ORDER

Before the Court is appellants' July 27, 2018 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 31, 2018**. We caution appellants that further requests for extension in this accelerated appeal will be strongly disfavored.

/s/      ADA BROWN
          JUSTICE